IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00114-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     VARTAN SAGRYAN,

      Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notices of Disposition filed on May 8, 2015 (Docket Nos. 27 and 28). A Change of Plea Hearing is set for June 16, 2015 at 3:00 p.m. **Defendant is required to be in attendance.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the **five-day** jury trial scheduled for **June 1, 2015** is VACATED.

DATED this 13th day of May, 2015.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge