**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  October 27, 2015 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  Hasmik Jorgensen |
| Probation Officer: n/a | |

**CASE NO.**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff |
| Plaintiff, | |
| v. | |
| 1.  VARTAN SAGRYAN, | Karine Basmadjian |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:**      1:10 p.m.
Appearances of counsel.   Defendant is present and on bond.

Interpreter is sworn.   Discussion held regarding the interpreter's qualifications.

Defendant entered his plea on June 16, 2015, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.   Defendant orally moves for a one-level downward variance.   The Government has no objection to the oral motion.

**ORDERED:**  Defendant's oral motion for a one-level downward variance is GRANTED.

**ORDERED:**  Defendant's Sentencing Position; Memorandum of Points and Authorities (Doc. 50) is DENIED as moot as stated on the record.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, VARTAN SAGRYAN, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **eight (8) months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate level facility within the District of California close to his home to maximize the potential for family visitation, and that Bureau of Prisons consider placement at a camp or medical facility given the defendant's medical condition at the present time.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **two (2) years.**

**ORDERED: Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the

        special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED**: Bond is continued.

**ORDERED:** The defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 30 days from the date of designation.

**Court in recess:** 2:08 p.m.
Hearing concluded.
Total time: **00:58**